# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| **Plaintiff,** | ) | NO. 3:23-CV-00582 |
| | ) | |
| v. | ) | **JUDGE TRAUGER** |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD | ) | **JURY TRIAL DEMANDED** |
| TOURING, INC., CHARLES HURD | ) | |
| and JOHN DOES 1-100 | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of her appearance as counsel, along with the

law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, for Defendants Jimmie Allen

and Aadyn's Dad Touring, Inc. ("Defendants") in the above-captioned matter.  Defendants reserve

all defenses, affirmative or otherwise, to which they are entitled.

Respectfully submitted this 13th day of July, 2023.


*/s/ Katelyn R. Dwyer*
Jonathan Cole, TN BPR No. 016632
Katelyn R. Dwyer, TN BPR No. 039090
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Attorneys for Defendants Jimmie Allen and Aadyn's
Dad Touring, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record; and copies were furnished by U.S. Mail to counsel who were not provided a copy by the CM/ECF system:

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Ph: (615) 983-8900
Fax: (615) 682-8533
john@spragenslaw.com

Elizabeth A. Fegan (to be admitted pro hac vice)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Attorneys for Plaintiff*

*/s/ Katelyn R. Dwyer*
Katelyn R. Dwyer

2

4877-2350-4746v1
2965011-000001 07/12/2023