UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:23-CV-00582 |
| | ) | |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD and JOHN DOES 1-100 | ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Movants Jonathan Cole, Katelyn R. Dwyer and the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C. (collectively, "Movants"), counsel of record for Defendant Jimmie Allen and AAdyn's Dad Touring, Inc. ("ADT"), respectfully move this Court for an order withdrawing them as counsel for Defendant ADT. Movants previously moved to withdraw as counsel for Jimmie Allen (Docket #23), and that matter is currently pending. In support of this Motion, Movants would incorporate the grounds and exhibit set forth in their Motion to Withdraw as Counsel for Jimmie Allen. Counsel for Plaintiff has no objection to this Motion.

WHEREFORE Movants respectfully request that the Court grant this Motion, enter an Order allowing Jonathan Cole, Katelyn R. Dwyer and the law firm of Baker, Donelson, Bearman, Caldwell and Berkowitz, P.C. to withdraw as counsel of record for ADT, and relieving Movants of further representation of Defendant ADT in the above-styled matter and further relief that it deems just and proper.

Respectfully submitted this 27th day of December, 2023.

                                                */s/ Jonathan Cole*
Jonathan Cole (BPR No. 016632)
Katelyn R. Dwyer (BPR No. 039090)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jcole@bakerdonelson.com
kdwyer@bakerdonelson.com

*Counsel for Defendant Jimmie Allen and ADT*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion was served on counsel for the parties listed below through the Court's CM/ECF system:

Yujin Choi (admitted pro hac vice)
FEGAN SCOTT, LLC
2301 Blake St., Ste. 100
Denver, CO 80205
yujin@feganscott.com

Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com

John Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com

*Attorneys for Plaintiff*

this 27th day of December, 2023.

                                             *s/ Jonathan Cole*
                                             Attorney for Defendant Jimmie Allen and ADT