**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JANE DOE 2,                                )
                                           )
     Plaintiff,                          )
                                           )
v.                                         )          Civil No.  3:23-cv-00582
                                           )          Judge Trauger
JIMMIE ALLEN, ET AL.,                      )
                                           )
     Defendants.                         )

## <u>ORDER</u>

The two Motions to Withdraw as Counsel of Record filed by defense counsel (Doc. Nos. 23, 24) are hereby GRANTED.  Jonathan Cole, Katelyn R. Dwyer, and the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz are allowed to withdraw as counsel of record for defendants Jimmie Allen and Aadyn's Dad Touring, Inc.

These two defendants are hereby notified that, within thirty (30) days of the entry of this Order, they shall either have substitute counsel enter an appearance of record or file a notice with the court that they will be hereafter representing themselves in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge