IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| | ) |
| v. | ) |
| | ) JUDGE ALETA A. TRAUGER |
| JIMMIE ALLEN, AADYN'S DAD | ) |
| TOURING, INC., CHARLES HURD, | ) JURY TRIAL DEMANDED |
| and JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 83.01(g), attorney Yujin Choi is hereby withdrawn as counsel of record for Plaintiff. Plaintiff will continue to be represented by Elizabeth A. Fegan of the same law firm, Fegan Scott LLC, and John Spragens of Spragens Law PLC.

Dated: April 5, 2024

FEGAN SCOTT LLC

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Ph: (615) 983-8900
Fax: (615) 682-8533
john@spragenslaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on April 5, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

> Alandis K. Brassel (BPR # 34159)
> BRASSEL LAW PLLC
> 1033 Demonbreun Street, Suite 300
> Nashville, TN 37203
> (615) 258-8900
> alandis@brassel.law
>
> *Counsel for Defendants Jimmie Allen and*
> *Aadyn's Dad Touring, Inc.*

By: */s/ Elizabeth A. Fegan*