**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 2023-cv-00582 |
| | ) | |
| v. | ) | |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD | ) | JUDGE ALETA A. TRAUGER |
| TOURING, INC., CHARLES HURD, and | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF EXHIBITS TO PLAINTIFF'S MOTION FOR DISMISSAL
OF DEFENDANT JIMMIE ALLEN'S COUNTERCLAIM FOR WANT OF
PROSECUTION OR ALTERNATIVELY FOR AN ORDER PRECLUDING EVIDENCE**

Plaintiff respectfully submits this Notice of Exhibits to Plaintiff's Motion for Dismissal of

Defendant Jimmie Allen's Counterclaim for Want of Prosecution or Alternatively for an Order

Precluding Evidence (ECF 43).

| Exhibit | Description |
|---|---|
| **A** | July 19, 2023 Email from Elizabeth A. Fegan Esq. to Defendants' former counsel |
| **B** | Plaintiff's First Requests for Production to Defendants dated October 16, 2023 |
| **C** | Plaintiff's First Sets of Interrogatories to Defendants dated October 16, 2023 |
| **D** | Plaintiff's Second Set of Requests for Production to Defendant Jimmie Allen dated October 25, 2023 |
| **E** | February 6, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq., et al. |
| **F** | February 17, 2024 Email from Alandis Brassel, Esq. to Elizabeth A. Fegan, Esq. |
| **G** | March 15, 2024 Email exchange between Elizabeth A. Fegan, Esq. and Alandis Brassel, Esq. |

| | |
|---|---|
| **H** | April 17, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq. |
| **I** | April 18, 2024 Email from Alandis Brassel, Esq. to Elizabeth A. Fegan, Esq. |
| **J** | April 29, 2024 Email from Alandis Brassel, Esq. to Elizabeth A. Fegan, Esq. |
| **K** | June 19, 2024 Email exchange between Elizabeth A. Fegan, Esq. and Alandis Brassel, Esq. |
| **L** | Plaintiff's Third Set of Requests for Production to Defendant Jimmie Allen dated June 24, 2024 |
| **M** | August 1, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq. |
| **N** | August 3, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq. |
| **O** | August 19, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq. |
| **P** | August 21, 2024 Email from Elizabeth A. Fegan, Esq. to Alandis Brassel, Esq. |
| **Q** | August 26, 2024 Email exchange between Elizabeth A. Fegan, Esq. and Alandis Brassel, Esq. |
| **R** | Defendants Allen and Aadyn's Dad Touring, Inc.'s Initial Disclosures dated October 16, 2023 |

Dated:  August 28, 2024

Counsel for Plaintiff:

/s/  Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on August 28, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

*Counsel for Defendants Jimmie Allen and*
*Aadyn's Dad Touring, Inc.*

By: */s/ Elizabeth A. Fegan*

3