IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JANE DOE 2, | )<br>) |
| Plaintiff, | )<br>) |
| V. | ) No. 3:23-cv-00582<br>) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER<br>)<br>) JURY DEMAND<br>) |
| Defendants. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. ("Defendants"), respectfully requests this Court to deny the Motion for Default Judgment filed by Plaintiff Jane Doe 2 ("Plaintiff"). In support thereof, Defendants state as follows:

1. This Court disfavors default judgment and prefers judgments on the merits. *Shepard Claims Serv., Inc. v. William Darah & Assoc.*, 796 F.2d 190, 193 (6th Cir. 1986).

2. Defendants have filed an Answer as an exhibit to its Motion for Extension of Time pending before the Court.

Respectfully submitted,

**BRASSEL LAW PLLC**

By: /s/Alandis Kyle Brassel
Alandis Kyle Brassel (TN BPR No. 034159)
501 Union Street,
Nashville, TN 37203
Phone: (615) 258-8900
Fax: (615) 237-2451
Email: alandis@brassel.law
*Attorney for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Response** was filed electronically with the Clerk of this Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record:

Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com

*Attorneys for Plaintiff*

on this 30th day of August 2024.

*/s/Alandis Kyle Brassel*
Alandis Kyle Brassel
*Attorney for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*