# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 3:23-cv-00582 |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD | ) | JUDGE ALETA A. TRAUGER |
| TOURING, INC., CHARLES HURD | ) | |
| and JOHN DOES 1-100, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF CASE DEADLINES

Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. ("Defendants") move for an extension of case deadlines. In support thereof, Defendants state as follows:

1. Over the past several months, Defendant's counsel, Alandis Brassel, experienced a series of health issues. [ECF 45, Exhibit A]

2. These health issues were serious enough to cause significant interruptions in Mr. Brassel's work schedule.

3. These work interruptions included physical symptoms and also severely affected defense counsel's executive functioning.

4. Mr. Brassel is a solo practitioner.

5. During this period, discovery has been significantly delayed.

6. Specifically, Defendant must respond to certain written discovery propounded by Plaintiff.

7. Additionally, neither Plaintiff nor Defendant have been deposed.

8. Written discovery and depositions were to be completed by August 28, 2024. [ECF 37]

9. Fed. R. Civ. P. 6(b)(1)(B) provides that "When an act may or must be done within a specified time, the court may, for good cause, extend the time…on motion made after the time has expired if the party failed to act because of excusable neglect."

10. The determination of excusable neglect is an equitable one, taking into account all relevant circumstances surrounding the moving party's omission. *Howard v. Nationwide Prop. & Cas. Ins. Co.*, 306 F.App'x 265, 266067 (6th Cir. 2009).

11. When examining whether neglect is excusable, the court balances five factors: the reason for delay, the length of delay, its impact on judicial proceedings, the danger of prejudice to the non-moving party, and whether the movant acted in good faith. *Venture Express, Inc. v. Vanguard Nat'l Trailer Co.*, 585 F. Supp. 3d 1060, 1070 (M.D. Tenn 2020).

12. "A serious and sudden illness of an attorney" has been contemplated as a reason of delay "likely to meet the standard" of excusable neglect in the Sixth Circuit. *See Cmty. Fin. Servs. Bank v. Edwards (In re Edwards)*, No. 17-8028, 2018 Bankr. LEXIS 1623 (B.A.P. 6th Cir. June 5, 2018), aff'd in <u>Cmty. Fin. Serv. Bank v. Edwards (In re Edwards)</u>, 748 F. App'x 695 (6th Cir. 2019).

13. Defendants' counsel has recovered and taken steps to prevent further delays.

14. Defendants and Defendants' counsel are willing and able to move forward without further delay.

15. To avoid prejudice to the Plaintiff, Defendants respectfully request that the Court extend the deadlines according to the following schedule, subject to the Court's approval:

| Current Deadline | Proposed Deadline | Description |
|---|---|---|
| 8/28/2024 | 10/28/2024 | Written Discovery and Depositions of Fact Witnesses Completed by This Date |
| 8/28/2024 | 10/28/2024 | Disclosures of Experts (Plaintiff Discloses Expert Witnesses and Reports) |
| 10/1/2024 | 12/1/2024 | Joint Mediation Report Including Name of Mediator - Joint Report Discussing Good Faith Efforts to Resolve (ADR) |
| 10/28/2024 | 12/28/2024 | Disclosures of Experts (Defendant Discloses Expert Witnesses and Reports) |
| 11/29/2024 | 1/29/2025 | Deposition of Expert Witnesses |
| 12/13/2024 | 2/13/2025 | Discovery Motions Served by This Date (In Person Meetings Required Before Bringing Motions) |
| 12/11/2024 | 2/11/2025 | Dispositive Motions by This Date (Parties Must Attempt to Resolve Before Filing) |
| 1/6/2025 | 3/6/2025 | Responses to Dispositive Motions |
| 1/16/2025 | 3/6/2025 | Optional Replies to Dispositive Motions |
| 2/25/2025 | TBD Based on Court's Trial Schedule | Information exchanged but not filed (exchange exhibits and make available before trial; designations of portions of depositions to be read into evidence – case in chief) |
| 2/28/2025 | TBD Based on Court's Trial Schedule | Motions in Limine |
| 3/11/2025 | TBD Based on Court's Trial Schedule | Responses to Motions in Limine |
| 3/11/2025 | TBD Based on Court's Trial Schedule | Joint Proposed Pretrial Order |
| 3/11/2025 | TBD Based on | Filings required before pretrial conference (witness lists; exhibits lists -if not listed, not to be admitted – e.g., P-1, |

| Current Deadline | Proposed Deadline | Description |
|---|---|---|
| | Court's Trial Schedule | P-2, D-1, D-2; stipulations of authenticity of exhibits if possible; stipulations; expert witness statements) |
| 3/14/2025 | TBD Based on Court's Trial Schedule | Pretrial setting conference |
| 3/18/2025 | TBD Based on Court's Trial Schedule | Trial Date (Five (5) day duration) |

16. On August 27, 2024, Defendants' counsel conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel has chosen not to take a position on this motion in light of Plaintiff's Motions for Default Judgment and Dismissal pending before this Court.

Dated: September 10, 2024

Respectfully submitted,

**BRASSEL LAW PLLC**
By: /s/Alandis Kyle Brassel
Alandis Kyle Brassel (TN BPR No. 034159)
501 Union Street,
Nashville, TN 37203
Phone: (615) 258-8900
Fax: (615) 237-2451
Email: alandis@brassel.law
*Attorney for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion** was filed electronically with the Clerk of this Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record:

Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com

*Attorneys for Plaintiff*

on this 10th day of September 2024.

                                               */s/Alandis Kyle Brassel*
                                               Alandis Kyle Brassel
                                               *Attorney for Defendants Jimmie Allen*
                                               *and Aadyn's Dad Touring, Inc.*