> Motion DENIED.
> /s/ Aleta A. Trauger

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO THE CLERK OF COURT FOR DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(a) AGAINST DEFENDANTS JIMMIE ALLEN AND AADYN'S DAD TOURING, INC.**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Jane Doe respectfully moves for a default judgment from the Clerk of Court against Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. In support thereof, Plaintiff states as follows:

1. Plaintiff filed her Verified Complaint on June 9, 2023. [ECF 1].

2. Counsel for Defendants Jimmie Allen ("Allen") and Aadyn's Dad Touring, Inc. ("ADT") executed a Waiver of the Service of Summons on June 20, 2023. [ECF 8]. Counsel for Allen and ADT filed their notice of appearance on July 13, 2023. [ECF 9].

3. Defendants Allen and ADT filed an Answer and Counterclaim to the Verified Complaint on July 13, 2023. [ECF 11].

4. On June 24, 2024, Plaintiff filed her Motion for Leave to File First Amended Verified Complaint [ECF 38], which was granted (after Defendant failed to oppose) on July 10, 2024. [ECF 40].