IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 2023-cv-00582 |
| | ) | |
| v. | ) | |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) ) ) | JUDGE ALETA A. TRAUGER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MEDIATION STATEMENT

The Parties to this matter, both Plaintiff Jane Doe 2 ("Plaintiff") and Defendants Jimmie Allen, Aadyn's Dad Touring, Inc., Charles Hurd, and John Does 1 – 100 (collectively "Defendants"), jointly submit the following mediation statement.

The parties continue to discuss potential settlement, mediation, and/or alternative dispute resolution options as the discovery period of this case nears a close. To the extent a mediation and/or settlement decision is reached, the parties will notify the Court.

Dated: October 9, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. Fegan
　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Fegan (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　FEGAN SCOTT LLC
　　　　　　　　　　　　　　　　　　　　　　150 S. Wacker Drive, 24th Floor
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 264-0100
　　　　　　　　　　　　　　　　　　　　　　beth@feganscott.com

Nicolette Wolfrey (admitted *pro hac vice*)
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC, 20009
(202) 921-6007
nicolette@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*

/s/ Alandis K. Brassel
Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 30
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

*Counsel for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on October 9, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

*Counsel for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

By: /s/ Elizabeth A. Fegan