IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00582 |
| ) | Judge Trauger |
| JIMMIE ALLEN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A telephone conference was held with counsel for the parties on October 25, 2024. The following are hereby ORDERED:

1. The discovery deadline as it relates to the counterclaim is hereby SUSPENDED until further order of the court.

2. By November 22, 2024, the defendant shall file a notice that informs the court whether or not he has found the missing cellphone. If he has not, the court will expect an agreed order dismissing the counterclaim. If the cellphone has been found, the defendant shall include within the notice a deadline by which he will be responding to all outstanding discovery related to the counterclaim and the cellphone.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge