IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JANE DOE 2, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 3:23-cv-00582 |
| | ) | |
| JIMMIE ALLEN, AADYN'S DAD | ) | JUDGE ALETA A. TRAUGER |
| TOURING, INC., CHARLES HURD | ) | |
| and JOHN DOES 1-100, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## NOTICE

Pursuant to the Order of this Court dated October 25, 2024, Defendant's counsel gives notice of the following:

As of November 22, 2024, at 4:00 PM CST, Defendants' counsel has not been informed that the missing cellphone has been found. To comply with the Order's remaining terms, Defendant's counsel will confer with Plaintiff's counsel regarding the expected agreed order.

Dated: November 22, 2024

Respectfully submitted,

**BRASSEL LAW PLLC**

By: */s/Alandis Kyle Brassel*
Alandis Kyle Brassel (TN BPR No. 034159)
4235 Hillsboro Pike, Suite 300 #615, Nashville, TN 37215
Phone: (615) 258-8900
Email: alandis@brassel.law
*Attorney for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice** was filed electronically with the Clerk of this Court using the Court's CM/ECF system, which will send a notice of electronic filing to counsel of record:

Elizabeth A. Fegan (admitted pro hac vice)
FEGAN SCOTT, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
beth@feganscott.com

John Spragens
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
john@spragenslaw.com

*Attorneys for Plaintiff*

on this 22nd day of November 2024.

/s/Alandis Kyle Brassel
Alandis Kyle Brassel
*Attorney for Defendants Jimmie Allen
and Aadyn's Dad Touring, Inc.*