IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00582 |
| ) | Judge Trauger |
| JIMMIE ALLEN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A telephone conference was held with counsel for the parties on December 4, 2024. The following are hereby ORDERED:

1. The counterclaim is DISMISSED WITH PREJUDICE.

2. The defendant may take the plaintiff's deposition beyond the present fact discovery deadline, hopefully during the month of December.

3. The parties shall file a joint mediation report by December 13, 2024 that informs the court of the date on which they have scheduled a mediation and the name of the mediator.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge