# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

## JOINT MEDIATION STATEMENT

The Parties to this matter, both Plaintiff Jane Doe 2 ("Plaintiff") and Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. (collectively "Defendants") jointly submit the following mediation statement. The parties have selected Simone Lelchuk as a mediator in the matter and are coordinating potential dates for a mediation session in late January or early February 2025.

Dated: December 13, 2024

Respectfully submitted,

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

John T. Spragens (TN BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
Telephone: (615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*

/s/ Alandis K. Brassel
Alandis K. Brassel (TN BPR # 34159)
BRASSEL LAW PLLC
4235 Hillsboro Pike, Suite 300 #615
Nashville, TN 37215
Telephone: (615) 258-8900
Facsimile: (615) 237-2451
alandis@brassel.law

*Counsel for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on December 13, 2024 via the Court's electronic filing system which will serve all counsel of record, including:

>Alandis K. Brassel (TN BPR # 34159)
>BRASSEL LAW PLLC
>4235 Hillsboro Pike, Suite 300 #615
>Nashville, TN 37215
>Telephone: (615) 258-8900
>Facsimile: (615) 237-2451
>alandis@brassel.law
>
>*Counsel for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

>By: /s/ Elizabeth A. Fegan
>Elizabeth A. Fegan