IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR AN AWARD OF COSTS AGAINST
DEFENDANTS JIMMIE ALLEN AND AADYN'S DAD TOURING, INC.**

Plaintiff Jane Doe 2 respectfully moves for an order against Defendants for payment of costs pursuant to 28 U.S. Code § 1927 in the amount of $5,950. In support thereof, Plaintiff states as follows:

1. This Court's Initial Case Management Order stated that "[t]he parties will discuss the prospect of engaging in a formal mediation toward the end of fact discovery or earlier, if agreed to. Following this discussion, the parties will file a Joint Mediation Report that informs the court whether they will be mediating and, if so, the name of the mediator and the date scheduled for mediation. The Joint Mediation Report will be filed by August 1, 2024." [ECF No. 21].

2. The parties filed a Joint Mediation Statement on October 9, 2024 stating the parties were discussing potential settlement, mediation and/or alternative dispute resolution. [ECF No. 62].

3. The parties filed a Joint Mediation Statement on November 27, 2024 stating no further resolution discussions occurred while discovery was stayed. [ECF No. 67].

4. Following a telephone conference with the Court held on December 4, 2024, this Court Ordered: "[t]he parties shall file a joint mediation report by December 13, 2024 that informs the court of the date on which they have scheduled a mediation and the name of the mediator." [ECF No. 69].

5. The Parties filed a Joint Mediation Statement on December 13, 2024, stating they "selected Simone Lelchuk as a mediator in the matter and [were] coordinating potential dates for a mediation session in late January or early February 2025." [ECF No. 70].

6. On December 19, 2024, the parties confirmed January 13, 2025 for mediation with Simone Lelchuk. Fegan Decl., ¶ 2.

7. On December 23, 2024, Mediator Simone Lelchuk emailed the parties with an Engagement Agreement & Cancelation Policy, a Mediation Confidentiality Agreement, and an Invoice for fees to be wired or made payable in the amount of $5,950 per party on or before December 30, 2024. Paragraph 3 (Cancelation and Rescheduling Policy) of the Engagement Agreement & Cancelation Policy specifically states: "Fees for hearing sessions are non-refundable if a session is canceled or rescheduled less than fourteen (14) days before the session date. Cancelation and rescheduling fees will be paid by the canceling party(ies)."

8. Plaintiff's counsel paid Plaintiff's portion of the fees on December 30, 2024 via wire. Fegan Decl., ¶ 3.

9. On Friday, January 10, 2025, Defendants' counsel Alandis Brassel cancelled the Monday, January 13, 2025 mediation via email. Fegan Decl., ¶ 4.

2

Case 3:23-cv-00582    Document 72    Filed 02/07/25    Page 2 of 4 PageID #: 543

10. On January 13, 2025, Elizabeth Fegan emailed Defendants' counsel requesting reimbursement of the non-refundable mediation fees by January 17, 2025. That reimbursement was not received as of February 5, 2025. Fegan Decl., ¶ 5.

11. Defendants' conduct is part of a continued pattern of delay and neglect, which Plaintiff has previously brought to the Court's attention. Plaintiff should not bear the prejudice of non-refundable fees because Defendant cancelled the mediation just one business day before it was scheduled to occur.

WHEREFORE, Plaintiff respectfully requests that this Court order Defendants to pay Plaintiff the amount of $5,950 to reimburse for the nonrefundable mediation fee.

Dated: February 7, 2025　　　　　　　　　　Respectfully submitted,

/s/ *Elizabeth A. Fegan*
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on February 7, 2025 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

*Counsel for Defendants Jimmie Allen and
Aadyn's Dad Touring, Inc.*

By: */s/ Elizabeth A. Fegan*