# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

## PLAINTIFF'S AGREED MOTION TO RESCHEDULE COURT TELEPHONE CONFERENCE

Plaintiff Jane Doe 2 ("Plaintiff") respectfully moves to reschedule the telephone conference scheduled for Friday, February 28, 2025 at 3:30 p.m. Defendants do not object. In support thereof, Plaintiff states as follows:

Plaintiff's counsel Elizabeth Fegan is scheduled to appear in-person for oral argument on Plaintiffs' Motion for Class Certification and a Case Management Conference on February 28, 2025 in *Doe 1, et al. v. National Collegiate Athletic Association, et al.*, No. 3:22-cv-01559 (N.D. Cal.) (Beeler, M.J.). This hearing will conflict with the rescheduled telephone conference in this case.

The parties conferred and Defendants do not have an objection to rescheduling. The parties have agreed to continue the hearing to March 3, 2025 after 10:00 a.m. Central. Accordingly, the parties are available during the Court's available windows at 2:00 p.m. or 4:00 p.m. Central.

WHEREFORE, Plaintiff Jane Doe 2 respectfully requests that this Court grant her Agreed Motion To Reschedule Court Telephone Conference and such other and further relief as this Court deems appropriate.

Dated: February 26, 2025

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on February 26, 2025 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
4235 Hillsboro Pike, Suite 300  #615
Nashville, TN 37215
(615) 258-8900
alandis@brassel.law

Robert Housman (admitted *pro hac vice*)
9001 Clifford Ave.
Chevy Chase, MD 20815
(202) 486-5874
rhousman@bookhillpartners.com

*Counsel for Defendants Jimmie Allen and
Aadyn's Dad Touring, Inc.*

By: */s/ Elizabeth A. Fegan*