# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, ET AL., | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Agreed Motion to Reschedule Court Telephone Conference, it is hereby ORDERED that the telephone conference with counsel for the parties scheduled for February 28, 2025 at 3:30 p.m. CST is RESET for Monday, March 3, 2025 at 10:00 a.m. CST.

_____
ALETA A. TRAUGER
U.S. District Judge