# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00582 |
| ) | Judge Trauger |
| JIMMIE ALLEN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

A telephone conference was held with counsel for the parties on March 3, 2025. The following are hereby ORDERED:

1. The plaintiff's Motion for an Award of Costs Against Defendants Jimmie Allen and AADYN's Dad Touring, Inc. (Doc. No. 72) is GRANTED. These defendants are jointly and severally liable to the plaintiff for non-refundable mediation fees in the amount of $5,950.00, which amount shall be paid to the plaintiff within 60 days of the entry of this Order.

2. The defendants shall have new local counsel enter an appearance of record in this case within 14 days of the entry of this Order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge