IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR SANCTIONS AND JUDGMENT
AGAINST DEFENDANTS JIMMIE ALLEN AND AADYN'S DAD TOURING, INC.**

Pursuant to Federal Rules of Civil Procedure 16(f) and 37(b), and this Court's inherent discretion, Plaintiff respectfully requests that this Court enter judgment against Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. While Plaintiff recognizes that judgment against Defendants is a drastic sanction, it is warranted here where: (i) Defendants have not complied with multiple Court Orders, issuing a litany of excuses but failing to seek relief from the Court and thus evincing bad faith; (ii) Plaintiff has been prejudiced, which is multiplied given the parties are just 30 days until trial; (iii) Defendants have been on notice of risk of judgment both through this Court's prior orders and Plaintiff's multiple motions seeking court intervention; and (iv) a less drastic sanction is not likely to compel compliance, given that this Court has already dismissed Defendant Allen's

counterclaim when he failed to produce his cellphone and Defendants have ignored this Court's Orders to replace counsel and pay costs.

WHEREFORE, for the reasons more fully set forth in the accompanying memorandum and declaration, Plaintiff Jane Doe respectfully requests that this Court grant her motion for sanctions, enter judgment against Jimmie Allen and Aadyn's Dad Touring, Inc., and set a deadline for Plaintiff to submit her proof of damages. Plaintiff also respectfully requests that this Court, in the interim, suspend the trial date and impending pre-trial deadlines.

Dated: May 27, 2025

*Counsel for Plaintiff:*

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Fegan, an attorney, caused the foregoing to be filed on May 27, 2025 via the Court's electronic filing system which will serve all counsel of record, including:

Alandis K. Brassel (BPR # 34159)
BRASSEL LAW PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
(615) 258-8900
alandis@brassel.law

Robert Housman (admitted *pro hac vice*)
9001 Clifford Ave
Chevy Chase, MD 20815
(202) 486-5874
rhousman@bookhillpartners.com

*Counsel for Defendants Jimmie Allen and Aadyn's Dad Touring, Inc.*

By: */s/ Elizabeth A. Fegan*