# EXHIBIT Q

| From: | Elizabeth Fegan |
|---|---|
| To: | Alandis Brassel |
| Cc: | Wendy Purcell |
| Subject: | RE: Doe 2 |
| Date: | Monday, August 26, 2024 4:24:00 PM |
| Attachments: | image003.png |
| | image004.png |

Alandis, My apologies but given the outstanding discovery and delay, we are going to file a contested discovery motion to protect our client's interests given the Aug. 28 deadline for discovery and her expert disclosures.

Elizabeth A. Fegan | **Fegan Scott LLC** | 312.741.1019

**From:** Alandis Brassel <alandis@brassel.law>
**Sent:** Monday, August 26, 2024 3:13 PM
**To:** Elizabeth Fegan <beth@feganscott.com>
**Cc:** Wendy Purcell <wendy@feganscott.com>
**Subject:** Re: Doe 2

Sorry about that. I haven't been ignoring you – I've just been out of the office for much longer than expected. I will have a draft for you by close of business tomorrow.

Thanks,

**Alandis Kyle Brassel |** Managing Member
615.258.8900 | alandis@brassel.law | brassel.law



**NOTICES**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.

**From:** Elizabeth Fegan <beth@feganscott.com>
**Date:** Monday, August 26, 2024 at 5:47 AM
**To:** Alandis Brassel <alandis@brassel.law>
**Cc:** Wendy Purcell <wendy@feganscott.com>

**Subject:** RE: Doe 2



Alandis – if we do not hear from you by the end of the day, I plan to file a motion to compel and for default judgment.

Elizabeth A. Fegan | **Fegan Scott LLC** | 312.741.1019

---

**From:** Elizabeth Fegan
**Sent:** Monday, August 19, 2024 10:10 AM
**To:** Alandis Kyle Brassel (Other) <alandis@brassel.law>
**Cc:** Wendy Purcell <wendy@feganscott.com>
**Subject:** Doe 2

Hi Alandis, just following up. Did you send a motion for extension on Friday? Thanks, Beth


Elizabeth A. Fegan | Managing Member
**Fegan Scott LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Direct: 312.741.1019 | Fax: 312.264.0100
www.feganscott.com



America's Top 200 Lawyers, Forbes 2024
Consumer Protection Law Firm of the Year, National Law Journal's 2023 Elite Trial Lawyer Awards
Top 50 Women in Law, Chicago Daily Law Bulletin 2021-23
Illinois Super Lawyer 2016-2024