IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00582 |
| ) | Judge Trauger |
| JIMMIE ALLEN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The trial scheduled for June 24, 2025 and the pretrial conference scheduled for June 20, 2025 are both CONTINUED, and all deadlines set in the Order Resetting Case for Trial (Doc. No. 54) are hereby SUSPENDED.

The defendants shall respond to the Plaintiff's Motion for Sanctions and Judgment Against Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. (Doc. No. 81) by June 10, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge