**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

JANE DOE 2,                     )

                                 )

       Plaintiff,            )

                                 )

v.                               )      Civil No.  3:23-cv-00582

                               )      Judge Trauger

JIMMIE ALLEN, ET AL.,        )

                               )

       Defendants.        )

## <u>ORDER</u>

Based upon emails received in chambers from various counsel in this case, ambiguity exists as to the status of defendants' local counsel, Alandis K. Brassel.  The court was informed in the telephone conference with counsel for the parties on March 3, 2025 that Mr. Brassel was leaving his practice in Nashville and accepting a position in Portland, Oregon and that new local counsel would be entering an appearance on behalf of the defendants.  Therefore, the court entered an Order requiring the appearance of new local counsel within fourteen days of March 3, 2025 (Doc. No. 80). No new local counsel has yet entered an appearance on behalf of the defendants, and Mr. Brassel never filed a motion to withdraw.

Given the issues raised in the pending Motion for Sanctions and Judgment Against Jimmie Allen and Aadyn's Dad Touring, Inc. by the plaintiff (Doc. No. 81) and the involvement of Mr. Brassel in these issues, the court declines to allow him to withdraw at this point.  He must cooperate with lead counsel for the defendants, Robert Housman, in the preparation of a response, if any, to the pending motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge