# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00582 |
| ) | Judge Trauger |
| JIMMIE ALLEN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The defendants have failed to timely respond to the plaintiff's Motion for Sanctions and Judgment Against Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. (Doc. No. 81). The court will proceed to decide this motion as unopposed.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge