# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| Plaintiff, | ) Civil Action No. 3: 2023-cv-00582 |
| v. | ) |
| JIMMIE ALLEN, AADYN'S DAD TOURING, INC., CHARLES HURD, and JOHN DOES 1-100, | ) JUDGE ALETA A. TRAUGER |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR DAMAGES RESULTING FROM DEFAULT JUDGMENT**

Plaintiff Jane Doe 2 ("Plaintiff"), respectfully moves for entry determining the amount of damages that she is entitled to pursuant to the Court's Order Granting Sanctions and Judgment Against Defendants Jimmie Allen and Aadyn's Dad Touring, Inc. (ECF 86). The relief requested is appropriate for the reasons discussed in Plaintiff's concurrently filed Memorandum in Support.

Dated: September 8, 2025

*Counsel for Plaintiff:*

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
(312) 264-0100
beth@feganscott.com

John T. Spragens (BPR # 31445)
SPRAGENS LAW PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
john@spragenslaw.com

1