# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE 2, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:23-cv-00582 |
| | ) Judge Trauger |
| JIMMIE ALLEN, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. §636(b)(1), Plaintiff's Motion for Damages Resulting From Default Judgment (Docket No. 87) is **REFERRED** to the Magistrate Judge for a Report and Recommendation.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge