**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE 2, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil No.  3:23-cv-00582 |
| | )    Judge Trauger |
| JIMMIE ALLEN, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 1, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 94), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. Plaintiff's unopposed "Motion for Damages Resulting from Default Judgment" (Docket No. 87) is GRANTED IN PART.

2. Plaintiff is awarded compensatory damages of $596,847.00 assessed against Defendants Jimmie Allen and Aadyn's Dad Towing, Inc., individually and jointly and severally, comprised of: (a) emotional distress damages of $253,142.00; (b) past treatment expenses of $3,505.00; and (c) future treatment expenses of $340,200.00.

3. Plaintiff is awarded punitive damages of $1,193,694.00 against Defendant Jimmie Allen.

4. Plaintiff is awarded post judgment interest at the applicable statutory rates as set forth above.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge